In the Matter of HENRY L. CRITTENDEN, an Attorney and Counselor at Law.— Order entered opening the proceeding and referring the matter to Hon. Harry L. Taylor to take additional proof in accordance with the opinion of the Court of

Appeals, filed June 2, 1939.  [280 N. Y. 492, revg. 255 App. Div. 116.]  Present —
Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.